FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Mar 06, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MONTANA RETAIL STORE EMPLOYEES HEALTH AND WELFARE PLAN, and NICOLAI COCERGINE and DANNY MA, in their capacity as Trustees of the Health Funds,<br><br>　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>BIG SKY OPTICAL, INC.,<br><br>　　　　　Defendant. | NO. 2:22-CV-00080-SAB<br><br>**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL** |

　　　Before the Court is the parties' Stipulated Motion for Voluntary Dismissal of Defendant and Action with Prejudice, ECF No. 31. Plaintiffs are represented by Noelle Dwarzski. Defendant is represented by Chad Freebourn and Kevin Roberts.

　　　The parties stipulate to the voluntary dismissal of Defendant and this action with prejudice and without fees or costs to any party.

//
//
//
//
//

**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL** ~ 1

Accordingly, **IT IS ORDERED:**

1. The parties' Stipulated Motion for Voluntary Dismissal of Defendant and Action with Prejudice, ECF No. 31, is **GRANTED**.

2. The claims asserted against Defendant are dismissed with prejudice and without fees or costs to any party.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order, provide copies to counsel, and **close** the file.

**DATED** this 6th day of March 2024.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING STIPULATED MOTION FOR VOLUNTARY DISMISSAL** ~ 2